In the Matter of JOSEPH BUSHELL, Respondent, against
THE CITY OF NEW YORK et al., Appellants.

(Argued January 3, 1935; decided January 22, 1935.)

*Paul Windels,* Corporation Counsel (*Paxton Blair* and *Oren C. Herwitz* of counsel), for appellants.

*Jacques Schurre* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.